# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>   v.<br><br>ANDREW ELGAEN,<br><br>                Respondent. | Case No. MS11-140-MJP<br><br>**ORDER OF DISMISSAL** |

The Court, after careful consideration of the petitioner's Motion to Withdraw Petition to Enforce IRS Summons (Dkt. 21), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

The Court adopts the Report and Recommendation **GRANTING** the motion and **DISMISSING** the matter immediately.

The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 19th day of July 2012.

                                              Marsha J. Pechman
                                              United States District Judge